

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00270-CV

John P. **BOERSCHIG** (appellant/cross-appellee),
Appellant

v.

**RIO GRANDE ELECTRIC COOPERATIVE**, Inc.(appellee/cross-appellant),
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4205
Honorable Roland Andrade, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND CHIEF JUSTICE
MARION (RET.)[1]

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. We tax costs of court against appellant John P. Boerschig.

SIGNED January 17, 2024.

_____
Rebeca C. Martinez, Chief Justice

---

[1] The Honorable Sandee Bryan Marion, Chief Justice (Retired) of the Fourth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.